UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Barry J. Beran, Esquire
Building C - Suite 1
102 Browning Lane
Cherry Hill, NJ 08003
(856) 428-9002

Order Filed on May 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    JOSE J. BARAHONA

Case Number: 17-13705

Hearing Date: 5/16/17 @ 10:00 A.M.

Judge: Andrew B. Altenburg, Jr.

Chapter: 7

Recommended Local Form: ■ Followed ☐ Modified

# ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE
## PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 16, 2017**

_/s/ Andrew B. Altenburg, Jr._
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the property described as set forth in the bankruptcy petition, and it is hereby

ORDERED that the following judicial liens are avoided :

1. <u>Discover Bank v. Jose J. Barahona, Superior Court of  New Jersey, Gloucester County, Law Division,; Special Civil Part, Docket No.: DC-003534-14; $5,737.98</u>

2. <u>Midland Funding, LLC, current assignee, Citibank, N.A., Best Buy v. Jose J. Barahona , Superior Court of  New Jersey, Gloucester County, Law Division, Special Civil Part, Docket      DC-000221-16;  $1,078.00</u>

and it is hereby

ORDERED that the debtor may avoid above referenced liens and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

*Rev. 7/1/04; jml*