UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Barry J. Beran, Esquire
Building C - Suite 1
102 Browning Lane
Cherry Hill, NJ 08003
(856) 428-9002

**Order Filed on May 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    JOSE J. BARAHONA

| | |
|---|---|
| Case Number: | 17-13705 |
| Hearing Date: | 5/16/17 @ 10:00 A.M. |
| Judge: | Andrew B. Altenburg, Jr. |
| Chapter: | 7 |

Recommended Local Form:  ■  Followed  ☐  Modified

## ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE
## PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 16, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the property described as set forth in the bankruptcy petition, and it is hereby

ORDERED that the following judicial liens are avoided :

1.  Discover Bank v. Jose J. Barahona, Superior Court of  New Jersey, Gloucester County, Law Division,; Special Civil Part, Docket No.: DC-003534-14; $5,737.98

2.  Midland Funding, LLC, current assignee, Citibank, N.A., Best Buy v. Jose J. Barahona , Superior Court of  New Jersey, Gloucester County, Law Division, Special Civil Part, Docket     DC-000221-16;  $1,078.00

and it is hereby

ORDERED that the debtor may avoid above referenced liens and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-13705-ABA
Jose J Barahona                                                                 Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1            Date Rcvd: May 17, 2017
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2017.
db              +Jose J Barahona,    P.O. Box 355,    Mount Royal, NJ 08061-0355

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2017 at the address(es) listed below:
          Andrew  Sklar    andy@sklarlaw.com,   NJ43@ecfcbis.com;dolores@sklarlaw.com
          Barry J Beran    on behalf of Debtor Jose J Barahona bjberanlaw@aol.com
          Brian C. Nicholas    on behalf of Creditor    FIFTH THIRD BANK bnicholas@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    FIFTH THIRD BANK dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 5